AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-183-TJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia
was received by me on *(date)* 01/22/2026 .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to FRCP 4, I mailed a copy of the Complaint and Summonses via certified mail on 01/29/2026. No certified mail slip was returned, but the the attached is proof of delivery from USPS, showing delivery on 02/02/20216 related to that mailing. Additionally, pursuant to the guidance from the USAO for DC, a copy of the complaint and summons was electronically mailed via the USADC-ServiceCivil email address on 01/29/2026. The attached return email from the Civil-process Clerk for the U.S. Attorney's Office of the District of Columbia is proof of delivery, showing a service date of 02/03/2026.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/11/2026

/s/ Cora Pototsky
*Server's signature*

Cora Pototsky, Paralegal
*Printed name and title*

1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102
*Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

# 70191120000145207392

 Copy    Add to Informed Delivery

Remove ✕

## Latest Update

Your item was picked up at the post office at 4:52 am on February 2, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

### ✓ Delivered

Delivered, Individual Picked Up at Post Office
WASHINGTON, DC 20530
February 2, 2026, 4:52 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Outlook

**RE: Smith et al., v. United States Agency for International Development, et al., Civil Action No. 1:26-cv-00183-TJK**

| | |
|---|---|
| From | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| Date | Fri 02/06/2026 1:52 PM |
| To | Zack Pototsky <zpototsky@fluet.law>; USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| Cc | Kia Rahnama <krahnama@fluet.law>; Cora Pototsky <cpototsky@fluet.law> |

The summons and complaint have been received by email, with a service date of February 3, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Zack Pototsky <zpototsky@fluet.law>
**Sent:** Tuesday, February 3, 2026 5:28 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Kia Rahnama <krahnama@fluet.law>; Cora Pototsky <cpototsky@fluet.law>
**Subject:** [EXTERNAL] Smith et al., v. United States Agency for International Development, et al., Civil Action No. 1:26-cv-00183-TJK

To whom it may concern,

On behalf of Tom Craig, counsel for Plaintiffs in the above captioned matter, please see attached service package for the U.S. Attorney's Office for the District of Columbia.

**Zack Pototsky**
*Paralegal*



1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
(o): 703-590-1234
zpototsky@fluet.law | fluet.law



NOTICE: This message (including any attachments) from Fluet may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**NOTICE** This email message originated from outside of your organization. Please use caution when responding, opening attachments, and clicking links.